UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISHNAN,

          Plaintiff,

     v.

BORLA,

          Defendant.

Case No.  26-cv-05197-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla, et al.*, No. 25-cv-02820-TLT (PR).

**SO ORDERED.**

Dated: June 5, 2026

Susan van Keulen
United States Magistrate Judge